CHRISTOPHER WRIGHT *v.* MICHAEL NEVILL ET AL.

Exempt Property.—Right of Husband to Convey Same for Use of Wife.
     Property that is exempt from liability for the debts of the husband, can be conveyed in trust for the use of the wife, and a subsequent attempt to create a line upon same by the husband would not affect the title he had already conveyed.

APPEAL FROM JEFFERSON CIRCUIT COURT. CHANCERY DIVISION.

September 28, 1868.

OPINION OF THE COURT BY JUDGE HARDIN:

Whether the deed of trust from Michael Carroll to Nevill was or not fraudulent as to the debt of the appellant, so far as it embraced property which was liable to Carroll's debts, as it appears that the horse and cow in controversy were exempt from liability for his debts under the exemption laws, he had a right to convey them in trust for the use of his wife, and his subsequent attempt to create a lien upon them in favor of appellant did not affect the title he had already conveyed.

It seems to us therefore the action was properly dismissed.

Wherefore, the judgment is affirmed.

*John K. Greene, for appellant.*

*J. G. Wilson, for appellee.*